IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

SHELDON DEAN CHRISTOPHER WATT                                          PETITIONER
Reg. #26435-018

V.                                    2:11CV00165 DPM/JTR

T.C. OUTLAW, Warden,                                                   RESPONDENT
FCC-Forrest City

## **ORDER**

Respondent has filed a Response (docket entry #9) to this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, arguing that the Petition should be dismissed because Petitioner has shown no violation of his due process rights related to his disciplinary hearing and because some evidence supports the outcome.

Petitioner is directed to file a Reply, addressing Respondent's argument, **on or before February 3, 2012.**

DATED this 6th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE