IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

SHELDON DEAN CHRISTOPHER WATT                               PETITIONER
Reg. #26435-018

V.                          NO. 2:11CV00165-JTR

T.C. OUTLAW, Warden,                                        RESPONDENT
FCC-Forrest City

# **ORDER**

Petitioner has filed a Motion for Reconsideration of Appointment of Counsel. (Docket entry #13.) For the reasons explained by the Court in denying Petitioner's two previous requests for appointment for counsel, his Motion is **denied**. (*See* docket entries #3, #7.)

DATED this 24th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE