IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

SHELDON DEAN CHRISTOPHER WATT                    PETITIONER
Reg. #26435-018

V.                          NO. 2:11CV00165-JTR

T.C. OUTLAW, Warden,                              RESPONDENT
FCI-Forrest City

# JUDGMENT

Consistent with the Memorandum and Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this § 2241 action is DISMISSED, WITH PREJUDICE.

DATED this 23rd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE